UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JAMES D. LEWIS,
    PLAINTIFF,

Vs.

DONALD TRUMP; UNITED STATES
HOMELAND SECURITY.
            DEFENDANTS.

CASE NO.

← IN THERE OFFICIAL AND
  INDIVIDUAL CAPACITIES

SCANNED at PCC and E-Mailed
12.30.15 (date) by HP (initials)
  4  (# of pages)

COMPLAINT

☑ 28 U.S.C. 1331 (SUIT AGAINST FEDERAL OFFICIALS FOR CONSTITU-
TIONAL VIOLATION)

☑ OTHER 18 U.S.C. 242 DEPRIVATION OF CONSTITUTIONAL RIGHTS;
FEDERAL INVESTIGATION; OBSTRUCT. OF JUSTICE; FEDERAL CHARGES
TO BE FILED; RULE # 7.1. DISCLOSURE STATEMENT; RULE # 60 RELIEF
FROM JUDGMENT OR ORDER; SEIZURE OF PERSON OR PROPERTY; AND
RULE # 71 et. seq. "PROCESS IN BEHALF OF AND AGAINST PERSONS NOT
PARTIES; COMPLAINT FOR NEGLIGENCE AND ETC.

NOW COMES THE PLAINTIFF, JAMES D. LEWIS, AND STATES AS
FOLLOWS:

MY CURRENT ADDRESS IS: P.O. BOX 99 PONTIAC, IL 61764-0099

THE DEFENDANT DONALD TRUMP, IS EMPLOYED AS PRESIDENT CAND-
IDATE DONALD TRUMP, UNKNOWN, AT CANDIDATE DEPARTMENT

THE DEFENDANT UNITED STATES HOMELAND SECURITY, IS EMPLOYED
AS EMPLOYEES PARTIES AT WWW.WHITEHOUSE.GOV/WH/EOP/HTML/
EOP_ORG.HTML

LITIGATION HISTORY

A) THE COMPLAINT IS NOT FILED UNDER 42 U.S.C.A. 1983 (PLRA). THIS COMPLAINT IS FILED UNDER 28 U.S.C. 1331 WHICH DOES NOT CALL FOR THE INFORMA PAUPERIS TO BE FILED. CHECK STATUTE 28 U.S.C. 1331, I ALSO DEMAND A JURY TRIAL.

PLACE OF THE OCCURRENCE: SOCIAL MEDIA; BOARD CASTING CHANNELS; AND ETC.

DATE OF THE OCCURRENCES: NOVEMBER AND DECEMBER OF 2015

WITNESSES TO THE OCCURRENCES: WHOLE UNITED STATES OF AMERICA AND ETC.

STATEMENT OF CLAIM

I ABOVE PLAINTIFF HAS BEAR WITNESS WITH OTHERS, THAT DONALD TRUMP REPUBLICAN CANDIDATE HAVE COMMITTED TREASON ON THE UNITED STATES AND OTHERS STATE'S CONSTITUTION(S) BY DISCRIMINATING AGAINST HUMAN BEINGS AND BY VIOLATING THE TEN COMMANDMENTS OF THE HOLY SCRIPTURES; "YOU SHALL NOT BEAR FALSE WITNESS; BRINGING FALSE TESTIMONY, AGAINST YOUR NEIGHBOR" DEUTERONOMY CHAPTER #5 VERSE #20"; "THOU SHALL LOVE HIS NEIGHBOR"; "YOU SHALL NOT SPREAD A FALSE REPORT. DO NOT HELP AN EVIL MAN, BY BEING AN UNRIGHTEOUS WITNESS." EXODUS CHAPTER #23 VERSE #1 AND ETC. WHICH CREATE AN ACT AGAINST GOD LAW, BECAUSE IN THE MONTH(S) OF NOVEMBER AND DECEMBER OF 2015. DONALD TRUMP AND OTHERS STATED, "WE AS A COUNTRY SHALL BAN ALL MUSLIM(S) FROM ENTERING IN AND OUT OF THE UNITED STATES". THESE ACTION(S) VIOLATES INTERNATIONAL LAWS UNITED NATION CIVIL AND POLITICAL RIGHTS OF 1967; NATIONAL SECURITY, PUTTING THE PRESIDENT(S) OF UNITED STATES OF AMERICA AND OTHERS LIFE'S IN GREAT DANGER(S) OF BEING ASSASS-

INATED BY OTHER HUMAN BEINGS. DONALD TRUMP HAS VIOLATED ALL <u>OATH</u> AND <u>AFFIRMATION</u> OF RUNNING FOR OFFICE IN THE UNITED STATES OF AMERICA. THIS A CONSPIRACY AND HE HAS CONSPIRED WITH OTHERS WITH <u>GENOCIDE</u>, <u>CRIME AGAINST HUMANITY</u>, <u>CRIME AGAINST PEACE</u>, <u>HATE CRIMES</u>, <u>MURDER</u>, <u>ATTEMPTED MURDER(S)</u>, <u>OBSTRUCTING JUSTICE</u>, <u>OFFICIAL MISCONDUCT</u>, <u>WAR CRIMES</u>, <u>PEACE TREATIES</u> WITH OTHER COUNTRY AND ETC. BECAUSE ANYONE CAN BECOME A THREAT TO OUR NATION(S) AND/OR A TERRORS? DONALD TRUMP IS VIOLATING INDIVIDUALS RELIGIOUS RIGHTS, THE "<u>PREAMBLE</u>" OF THE UNITED STATES AND OTHER STATE'S WITHIN AMERICA. DONALD TRUMP HAS LABEL HIMSELF AS A TERRORS OF THE (GOP) AND ETC, BECAUSE HIS REMARKS IS VERY, VERY, DANGEROUS TO <u>MYSELF</u> AND <u>OTHERS</u>. I'M A MENTAL ILLNESS PATIENT(S) AND I HAVE BEEN PLACED ON SUICIDE WATCH WITHIN PONTIAC C.C., BECAUSE I'M MENTALLY AND PHYSICALLY UPSET WITH DONALD TRUMP AND OTHERS REMARKS, BECAUSE DONALD TRUMP PUT THE AMERICA PRESIDENT(S) AND OTHER LIFE'S EN DANGER. I'M NOT A MUSLIMS AND I HAD TO TALK TO OTHER MUSLIMS, BECAUSE THEY ARE DISAPPOINTED IN AMERICA, BECAUSE THEY HAVE SERVED AND PROTECTED THIS COUNTRY IN <u>WARS</u> AND AGAINST THE THREATS TO THE UNITED STATE OF AMERICA WITH HONOR(S). THIS A THREAT TO U.S. HOMELAND SECURITY AND HUMAN BEINGS. ALSO, REMEMBER THE BIRTH CERTIFICATE SITUATION(S) WITH THE UNITED STATES PRESIDENT BARACK OBAMA?

## RELIEF REQUESTED

I PLAINTIFF IS REQUESTING $20 MILLION DOLLARS IN DAMAGES. ALL DONALD TRUMP CAMPAIGN MONEY TO BE SEIZED AND PUT ON HOLD A.S.A.P.; DONALD TRUMP TO BE CHARGED WITH CONSPIRACY AND/OR CONSPIRING AGAINST AMERICA CITIZEN(S) TO BE ASSASSINATED AND/OR HARMED BY OTHERS; DONALD TRUMP MUST

AND CANNOT RUN FOR ANY OFFICE POSITION(S) WITHIN AMERICA, BECAUSE DONALD TRUMP AND OTHERS ARE CREATING WAR CRIMES AND ETC. AND FOR THE F.B.I. TO INVESTIGATE ALL THE CRUEL AND UNUSUAL PUNISHMENTS TOWARDS AMERICA CITIZEN(S) AND ETC. AND DONALD TRUMP TO APOLOGIZE TO THE AMERICA CITIZEN(S) AND COUNTRIES FOR HIS BOGUS REMARKS.

JURY DEMAND   YES [X]   NO [ ]

SIGNED THIS ~~DECEMBE~~ DAY OF __22__, 2015

James Lewis
B-52327
P.O. BOX 99
PONTIAC, IL
61764-0099